AMY NESHANIAN, ESQ.          SBN 218861
ERIC MARCUS NESHANIAN, ESQ.    SBN 189022
The Neshanian Law Firm, Inc.
5 Corporate Park, Ste. 250
Irvine, California 92606

Telephone No. (714) 973-2600

Attorney for THE NESHANIAN LAW FIRM, INC., Secured Creditor/Defendant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

|  |  |
|---|---|
| In re:<br><br>Kristina Lynn Smith<br><br>Debtor.<br><br>_____<br><br>Jeffrey Adams Gomez, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Stegmeier, Gelbart, Schwartz & Benavente, LLP, The Neshanian Law Firm, Inc. and R & S Law Group, APC,<br><br>Defendants.<br>_____ | BK Case No.:  8:24-bk-12527-SC<br><br>AP Case No.:  8:26-ap-01028-SC<br><br>CHAPTER 7<br><br>**DEFENDANT/SECURED CREDITOR'S THE NESHANIAN ANSWER TO JEFFREY ADAMS GOMEZ'S ADVERSARY COMPLAINT FOR DECLARATORY RELIEF AND DISALLOWANCE OF CLAIMS**<br><br>**STATUS CONFERENCE**<br><br>**Date:**     **June 2, 2026**<br>**Time:**     **1:30 p.m.**<br>**Place:**    **Courtroom 5C**<br><br>**Hon. Scott C. Clarkson, judge presiding** |

///
///
///
///
///
///

*ANSWER TO ADVERSARY COMPLAINT RE DECLARATORY RELIEF,*

*DISALLOWANCE OF CLAIMS*

Defendant The Neshanian Law Firm, Inc. answers the complaint in this action with admissions, denials and affirmative defenses as follows:

1. Admits paragraphs 1 through 5 except as to Plaintiff being a co-owner of the Kathy Court Property and, as to that allegation, lacks information or belief to admit or deny the same and, thus, denies it.

2. Admits paragraphs 6 through 8 with respect to defendants being law firms and alleging claims against the sale proceeds from the sale of the debtor's residence per court order.

3. Lacks information or belief to admit or deny paragraphs 6 through 7 with respect to alleging a claim against Plaintiff's homestead exemption and on that basis denies them.

4. Denies paragraph 8 with respect to alleging a claim against Plaintiff's homestead exemption as Plaintiff, among other things, expressly waived his right to enforce his exemption per the terms of the court ordered sale of the Kathy Court Property to which he stipulated.

5. Lacks information or belief to admit paragraphs 9 through 23 and on that basis denies them.

6. Admits paragraph 24 as to attempting to enforce a claim against the sale of the Kathy Court Property.

7. Lacks information or belief to admit or deny paragraph 24 as to also represented Debtor and by seeking to attach to Plaintiff's homestead exemption.

8. Admits paragraph 25 except as to seeks to attach to Plaintiff's homestead exemption which it denies as Plaintiff, among other things, expressly waived his right to enforce his exemption per the terms of the court ordered sale of the Kathy Court Property to which he stipulated.

9. Answers paragraph 26 in the same manner as it answered paragraphs 1 through 25.

10. Lacks information to admit or deny paragraphs 27 through 29 and on that basis denies them.

11. Answers paragraph 30 in the same manner as it answered paragraphs 1 through 29.

12. Lacks information to admit or deny paragraphs 31 through 35 and on that basis denies them.

*ANSWER TO ADVERSARY COMPLAINT RE DECLARATORY RELIEF,*

*DISALLOWANCE OF CLAIMS*

13.    Answers paragraph 36 in the same manner as it answered paragraphs 1 through 35.

14.    Denies paragraphs 37 and 38.

15.    Except as expressly admitted herein, Defendant denies each and every allegation of the Complaint.

16.    Further, as affirmative defenses to each and every claim for relief by Plaintiff against it, it is informed and believes and based on that information and belief alleges new matter, as follows:

   a.    Plaintiff has failed to state a cause of action upon which relief may be granted.

   b.    The Complaint and each cause of action may be barred, in whole or part, to the extent that Plaintiff has waived or estopped from, or is barred by the doctrine of laches from asserting such causes of action or enforcing his homestead exemption.

   c.    Plaintiff is precluded from enforcing his homestead exemption as he assigned his right to the exemption to this answering Defendant.

   d.    The Complaint and each cause of action may be barred, in whole or part, by law of the case.

   e.    The Complaint and each cause of action may be barred, in whole or part, by issue preclusion.

   f.    Plaintiff is precluded from contesting the validity of this defendant's lien as it was properly perfected under California law before the debtor's underlying bankruptcy petition was filed.

   g.    Plaintiff is precluded from contesting the validity of this defendant's lien as it is a valid, non-avoidable lien per 11 USC sec. 545.

   h.    Plaintiff lacks standing to sue per 11 USC sec. 502 regarding the validity of this defendant's claim in the underlying bankruptcy action.

///

///

///

3

*ANSWER TO ADVERSARY COMPLAINT RE DECLARATORY RELIEF,*

*DISALLOWANCE OF CLAIMS*

## PRAYER FOR RELIEF

**Wherefore,** Defendant prays for judgment as follows:

1.      Plaintiff take nothing by reason of its complaint and that judgment be rendered in favor of defendant;

2.      Defendant be awarded costs of suit, including attorneys' fees, incurred in the defense of this action; and,

3.      For such other and further relief as the court deems just and proper.

Dated: 3/18/2026

Eric Marcus Neshanian, Attorney for
THE NESHANIAN LAW FIRM, INC.

*ANSWER TO ADVERSARY COMPLAINT RE DECLARATORY RELIEF,*

*DISALLOWANCE OF CLAIMS*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Corporate Park, Ste. 250, Irvine, CA  92606

A true and correct copy of the foregoing document entitled (*specify*): _____
DEFENDANT/SECURED CREDITOR'S THE NESHANIAN ANSWER TO PLAINTIFF JEFFREY ADAMS GOMEZ'S
ADVERSARY COMPLAINT FOR DECLARATORY RELIEF AND DISALLOWANCE OF CLAIMS _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/18/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __03/18/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

1. The Honorable Scott C. Clarkson, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 411 W. 4th St., Ste. 5130, Courtroom 5C, Santa Ana, CA 92701-4593

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/18/2026 | Eric Marcus Neshanian, Esq. | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**

Richard A. Marschack (TR), pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

 United States Trustee, ustpregion16.sa.ecf@usdoj.gov

Yosina M. Lissebeck on behalf of Trustee Richard A. Marshack,
Yosina.Lissebeck@dinsmore.com, caron.burke@dinsmore.com,
linda.dominguez@dinsmore.com

Jacob Newsom-Bothamley on behalf of Trustee Richard A. Marshack,
jacobbothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Matthew J. Stockl on behalf of Trustee Richard A. Marschack,
m.stockl@otterbourg.com, katrice.ortiz@dinsmore.com

Benjamin Heston on behalf of Creditor Jeffrey Adams Gomez,
bhestoncf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

2. **<u>SERVED BY UNITED STATES MAIL</u>**

Benjaimin Heston, 3090 Bristol Street #400, Costa Mesa, CA  92626;

Tina Talbot, 230 Newport Center Dr Ste 210, Newport Beach, CA 92660-7525

Stegmeier, Gelbart, Schwartz & Benavente, LLP, 19762 MacArthur Blvd Suite 200, Irvine, CA 92612