**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | **Case No: 8:24-bk-12527-SC** |
| KRISTINA LYNN SMITH, | **Chapter 7** |
| Debtor. | **Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual, | **NOTICE OF ERRATA RE: ADVERSARY COMPLAINT (DOCKET #1)** |
| Plaintiff, | |
| v. | |
| STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Jeffrey Adams Gomez, hereby submits this Notice of Errata to correct clerical errors in the Adversary Complaint filed on March 14, 2026. In paragraphs 24 and 25 of the Adversary Complaint, the phrase "represented Debtor" was used in error. Those references should instead read "represented Plaintiff."

Accordingly, the corrected paragraphs read as follows:

24. Additionally, Defendant R&S, who also represented Plaintiff, is now attempting to enforce a claim against the sale proceeds of the Kathy Court property by seeking to attach to Plaintiff's homestead exemption.

25. Defendant Neshanian, who also represented Plaintiff, similarly asserts a judgment lien of approximately $98,000.00 against the Property and seeks to attach to Plaintiff's homestead exemption.

Respectfully submitted,

**NEXUS BANKRUPTCY**

Date: March 25, 2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Plaintiff

2

*Notice of Errata re: Adversary Complaint (docket #1)*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE: ADVERSARY COMPLAINT (DOCKET #1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/25/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian    neshanianlawfirm@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 3/25/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Scott C. Clarkson | Stegmeier, Gelbart, Schwartz & Benavente, LLP | R & S Law Group, APC |
| 411 West Fourth Street | 19762 MacArthur Boulevard Suite 200 | 400 W. First Street |
| Suite 5130 / Courtroom 5C | Irvine, CA 92612 | Tustin, CA 92780 |
| Santa Ana, CA 92701-4593 | | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/25/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**