**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | **Case No: 8:24-bk-12527-SC**<br><br>**Chapter 7**<br><br>**Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC,<br><br>Defendants. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP AND R&S LAW GROUP, APC TO RESPOND TO COMPLAINT** |

## <u>RECITALS</u>

1. On March 14, 2026, Plaintiff Jeffrey Adams Gomez commenced this adversary proceeding against Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP ("SGSB"), The Neshanian Law Firm, Inc. ("Neshanian"), and R&S Law Group, APC ("R&S").

2. Defendant Neshanian has already filed an Answer to the Complaint on March 18, 2026 as docket #3.

3. The deadline for Defendants SGSB and R&S to file and serve their responsive pleadings to the Complaint is currently April 15, 2026.

*STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT*

4.  The parties have been engaged in various settlement discussions. In the interest of allowing for continued settlement discussions and additional time to respond to the Complaint, the parties agree that a short extension of the deadline for SGSB and R&S to respond to the Complaint is appropriate.

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff, and Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC, by and through their respective counsel:

1.  The deadline for Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC to file and serve their responsive pleadings to the Complaint is continued from April 15, 2026, to and including April 21, 2026.

2.  This stipulation is limited to the extension set forth above and shall not constitute a waiver of any claims, defenses, objections, or arguments of any kind, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Date: April 13, 2026                              /s/Benjamin Heston
                                                  BENJAMIN HESTON,
                                                  Attorney for Plaintiff,
                                                  JEFFREY ADAMS GOMEZ

Date: April 13, 2026                              (see attached signature page)
                                                  Defendant,
                                                  STEGMEIER, GELBART, SCHWARTZ &
                                                  BENAVENTE, LLP,
                                                  by Partner, Robert A. Benavente

Date: April 13, 2026                              (see attached signature page)
                                                  TINA TALBOT,
                                                  Attorney for Defendant,
                                                  R & S LAW GROUP, APC

*STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT*

4. The parties have been engaged in various settlement discussions. In the interest of allowing for continued settlement discussions and additional time to respond to the Complaint, the parties agree that a short extension of the deadline for SGSB and R&S to respond to the Complaint is appropriate.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff, and Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC, by and through their respective counsel:

1. The deadline for Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC to file and serve their responsive pleadings to the Complaint is continued from April 15, 2026, to and including April 21, 2026.

2. This stipulation is limited to the extension set forth above and shall not constitute a waiver of any claims, defenses, objections, or arguments of any kind, all of which are expressly reserved.

   **IT IS SO STIPULATED.**

Date: April 13, 2026

_____
BENJAMIN HESTON,
Attorney for Plaintiff,
JEFFREY ADAMS GOMEZ

Date: April 13, 2026

_____
Defendant,
STEGMEIER, GELBART, SCHWARTZ &
BENAVENTE, LLP,
by Partner, Robert A. Benavente

Date: April 13, 2026

_____
TINA TALBOT,
Attorney for Defendant,
R & S LAW GROUP, APC

2

*STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT*

4. The parties have been engaged in various settlement discussions. In the interest of allowing for continued settlement discussions and additional time to respond to the Complaint, the parties agree that a short extension of the deadline for SGSB and R&S to respond to the Complaint is appropriate.

**<u>STIPULATION</u>**

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff, and Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC, by and through their respective counsel:

1. The deadline for Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP and R&S Law Group, APC to file and serve their responsive pleadings to the Complaint is continued from April 15, 2026, to and including April 21, 2026.

2. This stipulation is limited to the extension set forth above and shall not constitute a waiver of any claims, defenses, objections, or arguments of any kind, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Date: April 13, 2026

_____
BENJAMIN HESTON,
Attorney for Plaintiff,
JEFFREY ADAMS GOMEZ

Date: April 13, 2026

_____
Defendant,
STEGMEIER, GELBART, SCHWARTZ &
BENAVENTE, LLP,
by Partner, Robert A. Benavente

Date: April 13, 2026

_____
TINA TALBOT,
Attorney for Defendant,
R & S LAW GROUP, APC

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND TIME FOR DEFENDANTS STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP AND R&S LAW GROUP, APC TO RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard A Marshack (TR)     pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian     neshanianlawfirm@gmail.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/13/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**