**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | **Case No: 8:24-bk-12527-SC**<br><br>**Chapter 7**<br><br>**Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC,<br><br>Defendants. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Current Hearing:**<br>Date: September 1, 2026<br>Time: 1:30 PM<br>Courtroom: 5C<br><br>**Continued Hearing:**<br>Date: October 13, 2026<br>Time: 1:30 PM<br>Courtroom: 5C |

## RECITALS

1. On March 14, 2026, Plaintiff Jeffrey Adams Gomez commenced this adversary proceeding against Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP, The Neshanian Law Firm, Inc., and R&S Law Group, APC.

2. A status conference is presently scheduled for September 1, 2026, at 1:30 p.m.

3. The parties have reached an agreement resolving all claims and disputes in this adversary proceeding and are finalizing a written global settlement agreement.

4. Gomez is preparing a motion under Federal Rule of Bankruptcy Procedure 9019 in the related bankruptcy case seeking approval of the global settlement and authorization to implement its terms.

5. The parties anticipate that approval and implementation of the global settlement will resolve all issues in this adversary proceeding, after which the action will be dismissed with prejudice.

6. A continuance will permit the parties to finalize the settlement documents and obtain Court approval without requiring the parties or the Court to devote resources to a status conference that is expected to become unnecessary.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Jeffrey Adams Gomez and Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP, The Neshanian Law Firm, Inc., and R&S Law Group, APC, through their respective counsel, as follows:

7. The status conference currently scheduled for September 1, 2026, at 1:30 p.m. shall be continued to October 13, 2026, at 1:30 p.m., in Courtroom 5C of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, California 92701.

8. The deadline to file the Joint Status Report shall be continued to fourteen days before the continued status conference.

9. If this adversary proceeding is dismissed before October 13, 2026, the continued status conference and related Joint Status Report deadline shall be vacated.

///

///

///

///

///

10. Except as expressly provided in this stipulation, all other dates and deadlines remain unchanged unless separately ordered by the Court.

Date: August 18, 2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Plaintiff,
JEFFREY ADAMS GOMEZ

Date: August 18, 2026

TINA TALBOT,
Attorney for Defendant,
R & S LAW GROUP, APC

Date: August 18, 2026

ERIC NESHANIAN,
Attorney for Defendant,
THE NESHANIAN FIRM

Date: August 18, 2026

SAUL GELBART,
Attorney for Defendant,
STEGMEIER, GELBART,
SCHWARTZ & BENAVENTE, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/19/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian neshanianlawfirm@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/19/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **8/19/2026** | **Benjamin Heston** | **/s/Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |