**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

FILED & ENTERED

AUG 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | **Case No: 8:24-bk-12527-SC**<br><br>**Chapter 7**<br><br>**Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC,<br><br>Defendants. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Current Hearing:**<br>Date: September 1, 2026<br>Time: 1:30 PM<br>Courtroom: 5C<br><br>**Continued Hearing:**<br>Date: October 27, 2026<br>Time: 1:30 PM<br>Courtroom: 5C |

The Court, having reviewed the parties' Stipulation to Continue Status Conference filed as docket #17, and good cause appearing,

**ORDERS AS FOLLOWS:**

1. The stipulation is approved.
2. The status conference currently scheduled for September 1, 2026, at 1:30 p.m. is continued to October 27, 2026, at 1:30 p.m.

///

3. A Joint Status Report shall be filed no later than fourteen days before the continued status conference.

###

Date: August 19, 2026

Scott C. Clarkson
United States Bankruptcy Judge