United States Bankruptcy Court
Central District of California

Gomez,
Plaintiff
Adv. Proc. No. 26-01028-SC
Stegmeier, Gelbart, Schwartz & Benavente,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Aug 19, 2026 Form ID: pdf031 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michelle Sherwood, Esq, R & S Law Group, APC, 400 West First St, Tustin, CA 92780-3003 |
| pla | + | Jeffrey Adams Gomez, 1388 Augusta Drive, Upland, CA 91786-2432 |
| dft | + | R & S Law Group, APC, 400 W. First Street, Tustin, CA 92780-3003 |
| dft | + | Stegmeier, Gelbart, Schwartz & Benavente, LLP, 19762 MacArthur Boulevard Suite 200, Irvine, CA 92612-2497 |
| dft | + | The Neshanian Law Firm, Inc, 5 Corporate Park, Suite 250, Irvine, CA 92606-5169 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Jeffrey Adams Gomez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Eric Marcus Neshanian | on behalf of Defendant The Neshanian Law Firm Inc neshanianlawfirm@gmail.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | |

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

FILED & ENTERED

AUG 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | **Case No: 8:24-bk-12527-SC**<br><br>**Chapter 7**<br><br>**Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC,<br><br>Defendants. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Current Hearing:**<br>Date: September 1, 2026<br>Time: 1:30 PM<br>Courtroom: 5C<br><br>**Continued Hearing:**<br>Date: October 27, 2026<br>Time: 1:30 PM<br>Courtroom: 5C |

The Court, having reviewed the parties' Stipulation to Continue Status Conference filed as docket #17, and good cause appearing,

**ORDERS AS FOLLOWS:**

1. The stipulation is approved.
2. The status conference currently scheduled for September 1, 2026, at 1:30 p.m. is continued to October 27, 2026, at 1:30 p.m.

///

3. A Joint Status Report shall be filed no later than fourteen days before the continued status conference.

###

Date: August 19, 2026

Scott C. Clarkson
United States Bankruptcy Judge