**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>KRISTINA LYNN SMITH,<br><br>Debtor. | **Case No: 8:24-bk-12527-SC**<br><br>**Chapter 7**<br><br>**Adv. No: 8:26-bk-01028-SC** |
| JEFFREY ADAMS GOMEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP, THE NESHANIAN LAW FIRM, INC. and R&S LAW GROUP, APC,<br><br>Defendants. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Current Hearing:**<br>Date: October 27, 2026<br>Time: 1:30 PM<br>Courtroom: 5C<br><br>**Continued Hearing:**<br>Date: December 15, 2026<br>Time: 1:30 PM<br>Courtroom: 5C |

## RECITALS

1. On March 14, 2026, Plaintiff Jeffrey Adams Gomez commenced this adversary proceeding against Defendants Stegmeier, Gelbart, Schwartz & Benavente, LLP ("SGSB"), The Neshanian Law Firm, Inc. ("Neshanian"), and R&S Law Group, APC ("R&S").
2. By order entered August 19, 2026 (Docket #18), the Court continued the status conference to October 27, 2026, at 1:30 p.m., and directed that a Joint Status Report be filed no later than fourteen days before that conference.

3. The parties thereafter executed a Global Settlement Agreement and Mutual Release resolving the disputes that are the subject of this adversary proceeding, subject to approval by the Bankruptcy Court and the performance contemplated by the agreement.
4. On October 8, 2026, Chapter 7 Trustee Richard A. Marshack and Gomez filed a Joint Motion to (1) Approve Global Settlement Under Fed. R. Bankr. P. 9019; (2) Authorize Distributions; and (3) Authorize Registry Deposit in the related bankruptcy case. Notice of the motion was also filed in this adversary proceeding (Docket #21).
5. The parties must await Court approval and completion of the agreement's payment, registry-deposit, and release obligations before seeking dismissal of this adversary proceeding. An additional continuance will allow the parties to implement the agreement without incurring unnecessary litigation or conference costs.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jeffrey Adams Gomez and Defendants SGSB, Neshanian, and R&S, through their respective counsel, subject to approval by the Court, as follows:

1. The status conference currently scheduled for October 27, 2026, at 1:30 p.m., shall be continued to December 15, 2026, at 1:30 p.m.
2. Unless the Court orders otherwise or this adversary proceeding is dismissed, the parties shall file a Joint Status Report no later than fourteen days before the continued status conference.

Date: October 12, 2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Plaintiff,
JEFFREY ADAMS GOMEZ

Date: October 12, 2026

TINA TALBOT,
Attorney for Defendant,
R & S LAW GROUP, APC

Date: October 12, 2026

ERIC NESHANIAN,
Attorney for Defendant,
THE NESHANIAN FIRM

Date: October 12, 2026

SAUL GELBART, Robert A. Benavente
Attorney for Defendant,
STEGMEIER, GELBART,
SCHWARTZ & BENAVENTE, LLP

Date: October 12, 2026

TINA TALBOT,
Attorney for Defendant,
R & S LAW GROUP, APC

Date: October 12, 2026

ERIC NESHANIAN,
Attorney for Defendant,
THE NESHANIAN FIRM

Date: October 12, 2026

SAUL GELBART,
Attorney for Defendant,
STEGMEIER, GELBART,
SCHWARTZ & BENAVENTE, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Taylor Duncan taylor.duncan@dinsmore.com, cynthia.lam@dinsmore.com
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Eric Marcus Neshanian neshanianlawfirm@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/13/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **10/13/2026** | **Benjamin Heston** | **/s/Benjamin Heston** |
| *Date* | *Printed Name* | *Signature* |